

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

        Plaintiff,               Case No. 22-cr-20631

v.                                    Hon. Laurie J. Michelson

DAVID OWEN RAGER, JR.,

        Defendant.

---

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

---

    I, David Owen Rager, Jr., defendant in this case, hereby acknowledge that I have received a copy of the Indictment in this case before entering my plea, and that I have read it and understand its contents. I waive its being read aloud in open Court.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1 – 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1) *Distribution of Child Pornography*: 5 years' imprisonment up to 20 years' imprisonment, up to a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release.

Count 2 – 18 U.S.C. §§ 2252A(a)(5) and 2252A(b)(2) *Possession of Child Pornography*: up to 20 years' imprisonment, up to a $250,000 fine, or both, and a minimum of 5 years' supervised release and up to life supervised release.

                                                      /s/ David Rager
                                                      DAVID OWEN RAGER, JR.

Dated: 12/15/22                                       Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 12/15/22

STACEY M. STUDNICKI
Attorney for Defendant